

NUMBER 13-18-00159-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

DEL MAR COLLEGE, Appellants,

v.

BRUCE OLSON, Appellee.

On Appeal from the County Court at Law No. 1
of Nueces County, Texas

## ORDER ABATING APPEAL

Before Justices Rodriguez, Longoria, and Hinojosa
Per Curiam

This cause is before the Court on a joint motion to abate the appeal to permit the parties to finalize their settlement agreement. The Court, having examined and fully considered the documents on file and the joint motion to abate, is of the opinion that the joint motion to abate the appeal to finalize settlement agreement should be granted. The motion to abate the appeal to finalize settlement is GRANTED and this appeal is ordered

ABATED until January 14, 2019.

The Court directs appellant to file, on or before January 14, 2019, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed this
the 20th day of December, 2018.